UNITED BAKING COMPANY, INC., Respondent, v. BAKERY & CONFECTIONERY WORKERS' UNION, LOCAL 221, Appellant; NEW YORK STATE LABOR RELATIONS BOARD, Intervenor, Appellant.— Motion by the defendant-appellant union for reargument denied. Motion for resettlement of order of affirmance denied. [See 257 App. Div. 501; Id. 1085.] Motion for leave to appeal to the Court of

Appeals denied. Motion by Dr. John P. Boland and others, composing the New York State Labor Relations Board, for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.